Archibald W. Berks, Respondent, v. Horace L. Hotchkiss, Appellant.—Order affirmed, with ten dollars costs and disbursements, on the cases of Bradley v. Aldrich (40 N. Y., 511).

*Wheelock* v. *Lee* (74 id., 495-500) and *Watts* v. *Adler*, decided at the present term.